Rollin Welch (Also Known as Charles R. Welch), Plaintiff, v. Clarence Laux, Defendant.

Term No. 57–F–2. 

Fourth District.

May 15, 1957.

Released for publication June 4, 1957.

Jesse R. Brown, for defendant; O'Neill & O'Neill, for plaintiff. Opinion by JUDGE BARDENS. Not to be published in full.